IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **RODNEY JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-02655-SHM-tmp |
| ) | |
| **NEW CSQ, LLC., and** ) | |
| **BIRGE & HELD ASSET MANAGEMENT,** ) | |
| **LLC,** ) | |
| ) | |
| Defendants. ) | |

---

**TRANSFER ORDER**

---

The above case is hereby transferred to another United States Magistrate Judge, randomly assigned by the Clerk of Court as referral judge for further references and assignments.

In order to maintain parity among the judges, the Magistrate Judge assigned this case may transfer a similar case to the undersigned. The Clerk is directed to take the appropriate action to reassign this case.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

April 22, 2024
Date